IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JONATHAN PICHLER and ADAM SZATKO, individually and on behalf of others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 15 C 7583 ) |
| v. | ) Judge Amy J. St. Eve ) |
| MIDOR'S VALET, INC. and MICHAEL MIDOR, | ) ) ) |
| Defendants. | ) |

**AGREED ORDER**

This cause comes to be heard on Defendants' Motion for Approval of the Settlement Agreement between Plaintiffs Jonathan Pichler and Adam Szatko and Defendants Midor's Valet, Inc. and Michael Midor. The Court having been fully advised, and the Court having reviewed and considered the Confidential Settlement Agreement and General Release, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has heard final arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement and General Release is fair, reasonable and adequate;

2. The Court hereby approves the Settlement Agreement and General Release and the terms set forth therein as being fair, reasonable and adequate. The Settlement Agreement and General Release is the result of arm's length negotiations, and provide substantial relief to Plaintiffs; and

3. Plaintiffs' claims in this lawsuit against Defendants are initially dismissed, without prejudice, with each party to bear its own costs subject to the terms of the Settlement Agreement and General Release. Plaintiffs are granted leave to move to reinstate on or before –

February 1, 2016, in the event Defendants have not materially complied with the payment terms of the Settlement Agreement and General Release in this matter. If Plaintiffs file a motion to reinstate, it shall be solely for the purpose of enforcing the Settlement Agreement and General Release. If Plaintiffs have not moved to reinstate on or before February 1, 2016, dismissal of all of their claims will automatically convert to be with prejudice without any further action taken by this Court.

Entered: _____
HONORABLE AMY J. ST. EVE

Date: December 17, 2015

Prepared by:
Antonio Caldarone
Lily M. McNulty
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
*Attorneys for Defendant Acres Maintenance, Inc.*

Approved by:
Christopher J. Wilmes
Matthew J. Pier
Joshua Karsh
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 400
Chicago, Illinois 60602
(312) 580-0100
*Attorneys for Plaintiffs*